**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50014 |
| Plaintiff - Appellee, | D.C. No. 3:07-CR-02444-BTM |
| v. | |
| CARLOS MARTINEZ-AGUINIGA, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Barry T. Moskowitz, District Judge, Presiding

Submitted December 15, 2009 [**]

Before:    GOODWIN, WALLACE, and FISHER, Circuit Judges.

Carlos Martinez-Aguiniga appeals from the 57-month sentence imposed

following his guilty-plea conviction for being a deported alien found in the United

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

States, in violation of 8 U.S.C. § 1326(a).  We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Martinez-Aguiniga contends that the sentence at the bottom of the guidelines range is substantively unreasonable in light of the factors under 18 U.S.C. § 3553(a), and because it is based on a 16-level enhancement he received under U.S.S.G. § 2L1.2(b)(1)(A) for a crime of violence he committed 23 years prior to his arrest in the instant case.  The record reflects that the district court considered and rejected Martinez-Aguiniga's arguments regarding the staleness of his crime of violence conviction and gave thorough consideration to the § 3553(a) factors at sentencing.  *Cf. United States v. Amezcua-Vasquez*, 567 F.3d 1050, 1055-56 (9th Cir. 2009).  Accordingly, and in light of the totality of the circumstances, the sentence is not substantively unreasonable.  *See Gall v. United States*, 552 U.S. 38, 51-52 (2007); *United States v. Carty*, 520 F.3d 984, 991-93, 996 (9th Cir. 2008) (en banc).

**AFFIRMED.**